1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
   818-907-5866  (FAX) 818-461-5959
3  ATTORNEY FOR PLAINTIFF

4                   UNITED STATES DISTRICT COURT
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC           )
                                          )
7           Plaintiff,       vs.          )   Case No.: 5:10-CV-00443-WDK-FMO
                                          )
8  JOAQUIN VICTORIANO ROMERO,  et al,    )          **RENEWAL OF JUDGMENT**
                                          )             BY CLERK
9           Defendant,                    )
                                          )
10 _____)

11   Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and

12 C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

13    Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, Joaquin Victoriano Romero,

14 individually and d/b/a La Frontera Night Club and Julia Romero, individually and d/b/a La Frontera Night Club,

15 entered on March  2, 2011, be and the same is hereby renewed in the amounts as set forth below:

16       Renewal of money judgment

17           a.   Total judgment                       $     1,300.00

18           b.   Costs after judgment                 $        00.00

19           c.   Subtotal *(add a and b)*             $     **1,300.00**

20           d.   Credits                              $         0.00

21           e.   Subtotal *(subtract d from c)*       $     **1,300.00**

22           f.   Interest after judgment(.27%)        $        34.95

23           g.   Fee for filing renewal of application   $     00.00

24           **h.**  Total renewed judgment (add e, f and g)  $   **1,334.95**

25  Dated: __February 17, 2021__          CLERK, by _____Sharon Hall Brown_____
26                                               Deputy

27                                           Kiry A. Gray,
                                             Clerk of U.S. District Court
28

                                  Renewal of Judgment